IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Kathryn P Ferretti, | Civil Action |
| | 4:20-cv-00148-SAL |
| Plaintiffs, | ORDER OF DISMISSAL |
| vs. | |
| Branch Banking & Trust Company; Trans Union, LLC; Equifax Information Services, LLC, | |
| Defendant. | |

The Court having been advised by counsel for Plaintiff that Plaintiff and Defendant Equifax Information Services, LLC have agreed to settle this action,

IT IS ORDERED that this action is hereby dismissed as to Equifax Information Services, LLC, without costs and without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), F.R.Civ.P. In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement. <u>Fairfax Countywide Citizens v. Fairfax County</u>, 571 F.2d 1299 (4th Cir. 1978). By agreement of the parties, the court retains jurisdiction to enforce the settlement agreement. <u>Kokkonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375, 381-82 (1994).

The dismissal hereunder shall be <u>with prejudice</u> if no action is taken under either alternative within sixty (60) days from the filing date of this order.

IT IS SO ORDERED.

s/Sherri A. Lydon
Sherri A. Lydon
United States District Judge

March 26, 2020
Florence, South Carolina